David M. Stern (CA Bar No. 67697)
dstern@ktbslaw.com
Thomas E. Patterson (CA Bar No. 130723)
tpatterson@ktbslaw.com
Samuel M. Kidder (CA Bar No. 284015)
skidder@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:   (310) 407-4065
Facsimile:   (310) 407-9090

*Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served (Waiver of Service Executed):           March 13, 2023<br>Current Response Date: May 12, 2023<br>New Response Date:     June 9, 2023 |

Plaintiff United States of America ("Plaintiff") and Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc. (the "MPT Defendants" and, together with the Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint [Docket No. 1] ("Complaint") on March 9, 2023 and sent the Complaint to the MPT Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons on March 13, 2023;

WHEREAS, the MPT Defendants returned an executed Waiver of Service of Summons on March 13, 2023, which was filed with the Court on May 5, 2023 [Docket No. 14];

WHEREAS, based on the MPT Defendants' waivers of service, the MPT Defendants' initial responsive pleading deadline is currently May 12, 2023;

WHEREAS, Rule 8-3 of the Local Civil Rules permits the Parties to stipulate in writing, without a Court order, to extend the time to answer or otherwise respond to the Complaint by not more than thirty (30) days;

WHEREAS, the Parties held a meet and confer call on May 4, 2023, regarding the MPT Defendants' intent to file a motion to dismiss the Complaint as against them pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, having met and conferred, the Parties believe good cause exists for this extension because the Parties require additional time to further meet and confer regarding a potential resolution of the MPT Defendants' motion to dismiss;

WHEREAS, this stipulation is made in good faith and not for the purpose of delay or for any other improper purpose; and

WHEREAS, no discovery cut-off date, pretrial conference date, or trial date has been set, and there have been no prior requests for extensions.

[The remainder of this page is blank]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

1. The deadline for the MPT Defendants to file their response to the Complaint is extended from May 12, 2023 to June 9, 2023.

IT IS SO STIPULATED.

Dated: May 5, 2023         KTBS LAW LLP

By: */s/ Samuel M. Kidder*
Samuel M. Kidder (CA Bar No. 284015)

Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.

Dated: May 5, 2023         UNITED STATES OF AMERICA

By: */s/ John R. Kresse*
John R. Kresse
Trial Attorney
United States Department of Justice

Attorneys for United States of America

3

## **ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 5, 2023                              KTBS LAW LLP

By: */s/ Samuel M. Kidder*
Samuel M. Kidder (CA Bar No. 284015)

Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000