David M. Stern (CA Bar No. 67697)
dstern@ktbslaw.com
Thomas E. Patterson (CA Bar No. 130723)
tpatterson@ktbslaw.com
Samuel M. Kidder (CA Bar No. 284015)
skidder@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:   (310) 407-4065
Facsimile:    (310) 407-9090

*Attorneys for Defendants MPT of
Los Angeles, L.P., MPT of Olympia, LLC,
MPT Operating Partnership, L.P., and
Medical Properties Trust, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR MPT DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served (Waiver of Service Executed):           March 13, 2023<br>Current Response Date: June 9, 2023<br>New Response Date:     July 24, 2023 |

Plaintiff United States of America ("Plaintiff") and Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc. (the "MPT Defendants" and, together with the Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint [Docket No. 1] ("Complaint") on March 9, 2023 and sent the Complaint to the MPT Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons on March 13, 2023;

WHEREAS, the MPT Defendants returned an executed Waiver of Service of Summons on March 13, 2023, which was filed with the Court on May 5, 2023 [Docket No. 14];

WHEREAS, based on the MPT Defendants' waivers of service, the MPT Defendants' initial responsive pleading deadline was May 12, 2023;

WHEREAS, the Parties held a meet and confer call on May 4, 2023, regarding the MPT Defendants' intent to file a motion to dismiss the Complaint as against them pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, following their initial meet and confer call, the Parties stipulated, pursuant to Rule 8-3 of the Local Civil Rules, to extend the time for the MPT Defendants to answer or otherwise respond to the Complaint to June 9, 2023 [Docket No. 15];

WHEREAS, the Parties have continued to exchange information and remain engaged in discussions regarding a potential resolution that would either obviate the MPT Defendants' potential motion to dismiss or narrow the scope of the issues in dispute;

WHEREAS, the Parties believe good cause exists to further extend the deadline for the MPT Defendants to respond to the Complaint because the filing of the MPT Defendants' motion to dismiss on or before the current June 9, 2023

deadline (and the briefing in connection therewith) would distract from the Parties' efforts to consensually resolve the motion to dismiss;

WHEREAS, this stipulation is made in good faith and not for the purpose of delay or for any other improper purpose; and

WHEREAS, no discovery cut-off date, pretrial conference date, or trial date has been set, and the only prior extension of the deadline to respond to the Complaint was an extension of less than 30 days pursuant to Local Rule 8-3.

[The remainder of this page is blank]

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

1. The deadline for the MPT Defendants to file their response to the Complaint is extended from June 9, 2023 to July 24, 2023.

IT IS SO STIPULATED.

Dated: June 6, 2023              KTBS LAW LLP

                                 By: */s/ Samuel M. Kidder*
                                     Samuel M. Kidder (CA Bar No. 284015)

                                     Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.

Dated: June 6, 2023              UNITED STATES OF AMERICA

                                 By: */s/ John R. Kresse*
                                     John R. Kresse
                                     Trial Attorney
                                     United States Department of Justice

                                     Attorneys for United States of America

# **ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 6, 2023                                           KTBS LAW LLP

By: */s/ Samuel M. Kidder*
    Samuel M. Kidder (CA Bar No. 284015)

Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.