1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME FOR MPT DEFENDANTS TO RESPOND TO INITIAL COMPLAINT<br><br>Complaint Served (Waiver of Service Executed):            March 13, 2023<br>Current Response Date: June 9, 2023<br>New Response Date:     July 24, 2023 |

1 | The parties having so stipulated, and good cause appearing therefor, it is hereby ORDERED THAT:

1. The time for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc. to respond to the Complaint [Docket No. 1] is extended from June 9, 2023 to July 24, 2023.

DATED: June 7, 2023

HON. OTIS D. WRIGHT II