BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
RUTH A. HARVEY
Director
MICHAEL J. QUINN
Senior Litigation Counsel
JOHN R. KRESSE
John.Kresse@usdoj.gov
Direct 202-598-3811 / Fax 202-514-9163
T. DIETRICH HILL
Trial Attorneys
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW, 7th Floor
Box 875, Ben Franklin Station
Washington, DC 20044-0875
*Attorneys for Plaintiff United States of America*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**FIRST STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Current Scheduling Conference Date: July 17, 2023<br>New Date:  September 18, 2023 |

Plaintiff United States of America ("Plaintiff"), Defendants Olympia Health Care LLC, Alecto Healthcare Services, LLC, Sherman/Grayson Hospital, LLC, Alecto Healthcare Services Sherman, LLC, Laxman Reddy, Matthew Williams, and Jeremy Redin (collectively the "Alecto Defendants"), and Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc. (collectively the "MPT Defendants") (Plaintiff with Alecto Defendants and MPT Defendants, collectively the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

1.     The Parties believe good cause exists to extend the date for the Scheduling Conference by 60 days because, as detailed below, (a) Plaintiff and the MPT Defendants continue to work to resolve their dispute without motion practice, and Plaintiff's claims and the MPT Defendants' deadline to respond to the complaint has been extended to July 24, 2023; and (2) defendant Alecto filed a chapter 11 bankruptcy petition in the Delaware District Bankruptcy Court on July 16, 2023, which affects the proceedings in this Court on all of Plaintiff's claims.

2.     Plaintiff filed the Complaint [Docket No. 1] ("Complaint") on March 9, 2023 and sent the Complaint to the Alecto Defendants and MPT Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons on March 13, 2023.

3.     Each of the Alecto Defendants executed and filed a Waiver of Service of Summons on May 2, 2023 [Docket Nos. 7-13].

4.     The MPT Defendants returned an executed Waiver of Service of Summons on March 13, 2023, which was filed with the Court on May 5, 2023 [Docket No. 14].

5.     Based on the MPT Defendants' waivers of service, the MPT Defendants' initial responsive pleading deadline was May 12, 2023.

6. The Plaintiff and MPT Defendants held a meet and confer call on May 4, 2023, regarding the MPT Defendants' intent to file a motion to dismiss the claims against them under Fed. R. Civ. P. 12(b)(6).

7. Following their initial meet and confer call, the Plaintiff and MPT Defendants stipulated, under Rule 8-3 of the Local Civil Rules, to extend the time for the MPT Defendants to answer or otherwise respond to the Complaint to June 9, 2023 [Docket No. 15].

8. On June 6, Plaintiff and MPT Defendants requested by stipulation, under Fed. R. Civ. P. 6(b) and L.R. 7-1, to further extend the time for the MPT Defendants to answer or otherwise respond to the Complaint to July 24, 2023 [Docket No. 20], which the Court granted on June 7, 2023 [Docket No. 21].

9. The Plaintiff and MPT Defendants have continued to exchange information and remain engaged in discussions regarding a potential resolution that would either obviate the MPT Defendants' potential motion to dismiss or narrow the scope of the issues in dispute.

10. Concerning the MPT Defendants, preparing for and attending a scheduling conference before their deadline to file a motion to dismiss on or before the current July 24, 2023 deadline (and the related briefing) would distract from the Plaintiff and MPT Defendants' efforts to consensually resolve the motion to dismiss.

11. Concerning Plaintiff's claims against the Alecto Defendants, Plaintiff has just begun analyzing and evaluating the impact of the Alecto bankruptcy on those claims, including the effect of the automatic stay on Plaintiff's ability to conduct discovery of information in Alecto's custody and control, which necessarily hinders the ability to effectively meet with the Parties' counsel, prepare a report to the court, and prepare for and participate in a scheduling conference in court.

12.     This stipulation is made in good faith and not for the purpose of delay or for any other improper purpose.

13.     No discovery cut-off date, pretrial conference date, or trial date has been set.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, that the deadlines under the Court's May 12, 2023 Order [Docket No. 18] setting the date for the Scheduling Conference are extended as follows:

a.     The Scheduling Conference is reset for September 18, 2023 at 1:30 p.m.

b.     The Parties must meet at least 21 days in advance of the Scheduling Conference to prepare a joint report for the court as provided in the Court's May 12 Order.

c.     The Parties must submit the joint report no less than seven days before the Scheduling Conference.

IT IS SO STIPULATED.

Dated: June 23, 2023                          UNITED STATES OF AMERICA

                                              By:  /s/ John R. Kresse
                                                   John R. Kresse
                                                   Trial Attorney
                                                   United States Department of Justice

                                                   Attorneys for Plaintiff United States
                                                   of America

1

2    Dated: June 23, 2023                    MICHAEL BEST & FRIEDRICH LLP

3                                            By: */s/ Uttam Dhillon*

4                                                Uttam Dhillon (CA Bar No. 131773)

5                                                Attorneys for Defendants Olympja
                                                 Health Care LLC, Alecto Healthcare
6                                                Services, LLC, Sherman/Grayson
                                                 Hospital, LLC, Alecto Healthcare
7                                                Services Sherman, LLC, Laxman
                                                 Reddy, Matthew Williams, and
8                                                Jeremy Redin

9

10   Dated: June 23, 2023                    KTBS LAW LLP

11                                           By: */s/ Samuel M. Kidder*

12                                               Samuel M. Kidder (CA Bar No.
                                                 284015)
13
                                                 Attorneys for Defendants MPT of Los
14                                               Angeles, L.P., MPT of Olympia, LLC
                                                 MPT Operating Partnership, L.P., and
15                                               Medical Properties Trust, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ATTESTATION</u>

In accord with Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 23, 2023                    UNITED STATES OF AMERICA

By: _/s/ John R. Kresse_
     John R. Kresse
     Trial Attorney
     United States Department of Justice

     Attorneys for Plaintiff United States
     of America