# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**ORDER GRANTING STIPULATION FOR CONTINUANCE OF SCHEDULING_CONFERENCE**<br><br>SCHEDULING MEETING OF COUNSEL<br>[FRCP 16, 26(f)<br><br>SCHEDULING CONFERENCE set for September 18, 2023 at 1:30 p.m. [FRCP 26(f)] |

The parties having so stipulated, and good cause appearing therefor, it is hereby ORDERED THAT:

1. The date and time for the Scheduling Conference as set by the Court's May 12, 2023, Order [Docket No. 18] is extended from July 17, 2023, to **September 18, 2023, at 1:30 p.m.** as set forth in the caption of this Order.

2. The Court's May 12, 2023, Order otherwise remains in effect, including that Counsel shall meet at least 21 days in advance of the Scheduling Conference to prepare a jointly signed report for the court to be submitted no less than 7 days before the Scheduling Conference.

DATED: June 26, 2023

_____
HON. OTIS D. WRIGHT II