David M. Stern (CA Bar No. 67697)
dstern@ktbslaw.com
Thomas E. Patterson (CA Bar No. 130723)
tpatterson@ktbslaw.com
Samuel M. Kidder (CA Bar No. 284015)
skidder@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4065
Facsimile:   (310) 407-9090

*Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR MPT DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served (Waiver of Service Executed):     March 13, 2023<br>Current Response Date: July 24, 2023<br>New Response Date:     Sept. 7, 2023 |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Plaintiff United States of America ("Plaintiff") and Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc. (the "MPT Defendants" and, together with the Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint [Docket No. 1] ("Complaint") on March 9, 2023 and sent the Complaint to the MPT Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons on March 13, 2023;

WHEREAS, the MPT Defendants returned an executed Waiver of Service of Summons on March 13, 2023, which was filed with the Court on May 5, 2023 [Docket No. 14];

WHEREAS, based on the MPT Defendants' waivers of service, the MPT Defendants' initial responsive pleading deadline was May 12, 2023;

WHEREAS, the Parties held a meet and confer call on May 4, 2023, regarding the MPT Defendants' intent to file a motion to dismiss the Complaint as against them pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, following their initial meet and confer call, the Parties stipulated, pursuant to Rule 8-3 of the Local Civil Rules, to extend the time for the MPT Defendants to answer or otherwise respond to the Complaint to June 9, 2023 [Docket No. 15], and subsequently stipulated to further extend such deadline to July 24, 2023 [Docket Nos. 20 & 21];

WHEREAS, the Parties have continued to exchange information and remain engaged in discussions regarding a potential resolution that would either obviate the MPT Defendants' potential motion to dismiss or narrow the scope of the issues in dispute;

WHEREAS, on July 10, 2023, Defendants Alecto Healthcare Services, LLC and Sherman/Grayson Hospital, LLC (together, the "Debtor-Defendants") filed

Notices of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings [Docket Nos. 24 & 25];

WHEREAS, also on July 10, 2023, the Court entered a Minute Order [Docket No. 26] ordering the parties to meet and confer concerning the proposed handling of this action in light of the automatic stay and to submit a joint status report setting forth their proposal no later than July 31, 2023;

WHEREAS, the Parties believe good cause exists to further extend the deadline for the MPT Defendants to respond to the Complaint because the filing of the MPT Defendants' motion to dismiss on or before the current July 24, 2023 deadline (and the briefing in connection therewith) would distract from the Parties' efforts to consensually resolve the motion to dismiss and their efforts to meet and confer regarding the proposed handling of this action in light of the Debtor-Defendants' pending bankruptcy cases;

WHEREAS, this stipulation is made in good faith and not for the purpose of delay or for any other improper purpose; and

WHEREAS, no discovery cut-off date, pretrial conference date, or trial date has been set, and only two prior extensions of the deadline to respond to the Complaint have been granted (one of which was an extension of less than 30 days pursuant to Local Rule 8-3).

[The remainder of this page is blank]

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

1. The deadline for the MPT Defendants to file their response to the Complaint is extended from July 24, 2023 to September 7, 2023.

IT IS SO STIPULATED.

Dated: July 18, 2023      KTBS LAW LLP

By: */s/ Samuel M. Kidder*
Samuel M. Kidder (CA Bar No. 284015)

Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.

Dated: July 18, 2023      UNITED STATES OF AMERICA

By: */s/ John R. Kresse*
John R. Kresse
Trial Attorney
United States Department of Justice

Attorneys for United States of America

## **ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 18, 2023

KTBS LAW LLP

By: */s/ Samuel M. Kidder*
Samuel M. Kidder (CA Bar No. 284015)

Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.