UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | 2:23-cv-01783-ODW (PVCx) | Date | August 9, 2023 |
|---|---|---|---|
| Title | *United States of America v. Olympia Health Care LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not present      Not present

**Proceedings:**      **In Chambers**

Having considered the Joint Status Report of the parties concerning the proposed handling of this action in light of Defendants Sherman Grayson Hospital, Inc.'s and Alecto Healthcare Services, LLC's Bankruptcy filings, (Joint Status Report, ECF No. 29), the Court orders as follows:

This action is **STAYED** pursuant to 11 U.S.C. § 362, as to Plaintiff's claims against Defendants Olympia Health Care LLC; Alecto Healthcare Services, LLC; Sherman/Grayson Hospital, LLC; Alecto Healthcare Services Sherman, LLC; Laxman Reddy; Matthew Williams; and Jeremy Redin ("Alecto Defendants"), pending resolution of the bankruptcy and insurance coverage disputes. (*See* Joint Status Report ¶ 6.) Plaintiff and Alecto Defendants shall file a Joint Status Report every ninety days concerning the progress of the bankruptcy and insurance disputes, with the first such report due on **November 7, 2023**. (*See id.*)

As to Defendants MPT of Los Angeles, L.P.; MPT of Olympia, LLC; MPT Operating Partnership, L.P.; and Medical Properties Trust, Inc. ("MPT Defendants"), the Court **CONTINUES** the Scheduling Conference from September 18, 2023, to **October 2, 2023, at 1:30 p.m.** Plaintiff and MPT Defendants shall file their Joint Rule 26(f) Report seven days prior to the Scheduling Conference. MPT Defendants' answer or response to Plaintiff's Complaint remains due on September 7, 2023.

**IT IS SO ORDERED.**

                                                 :    00

Initials of Preparer    SE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:23-cv-01783-ODW (PVCx) | Date | August 9, 2023 |
|---|---|---|---|
| Title | *United States of America v. Olympia Health Care LLC et al.* | | |