David M. Stern (CA Bar No. 67697)
dstern@ktbslaw.com
Thomas E. Patterson (CA Bar No. 130723)
tpatterson@ktbslaw.com
Samuel M. Kidder (CA Bar No. 284015)
skidder@ktbslaw.com
KTBS LAW LLP
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:   (310) 407-4065
Facsimile:   (310) 407-9090

*Attorneys for Defendants MPT of
Los Angeles, L.P., MPT of Olympia, LLC,
MPT Operating Partnership, L.P., and
Medical Properties Trust, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**STIPULATION TO FURTHER EXTEND TIME FOR MPT DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served (Waiver of Service Executed):   March 13, 2023<br>Current Response Date: Sept. 7, 2023<br>New Response Date:   Oct. 23, 2023 |

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

Plaintiff United States of America ("Plaintiff") and Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc. (the "MPT Defendants" and, together with the Plaintiff, the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint [Docket No. 1] ("Complaint") on March 9, 2023 and sent the Complaint to the MPT Defendants with a Notice of Lawsuit and Request for Waiver of Service of Summons on March 13, 2023;

WHEREAS, the MPT Defendants returned an executed Waiver of Service of Summons on March 13, 2023, which was filed with the Court on May 5, 2023 [Docket No. 14];

WHEREAS, based on the MPT Defendants' waivers of service, the MPT Defendants' initial responsive pleading deadline was May 12, 2023;

WHEREAS, the Parties held a meet and confer call on May 4, 2023, regarding the MPT Defendants' intent to file a motion to dismiss the Complaint as against them pursuant to Fed. R. Civ. P. 12(b)(6);

WHEREAS, following their initial meet and confer call, the Parties stipulated, pursuant to Rule 8-3 of the Local Civil Rules, to extend the time for the MPT Defendants to answer or otherwise respond to the Complaint to June 9, 2023 [Docket No. 15], and subsequently entered into additional stipulations to further extend such deadline [Docket Nos. 20 & 27], the most recent of which extended the deadline to September 7, 2023;

WHEREAS, the Parties have continued to exchange information and remain engaged in discussions regarding a potential resolution that would either obviate the MPT Defendants' potential motion to dismiss or narrow the scope of the issues in dispute;

WHEREAS, as set forth in the Parties' joint status report filed on July 31, 2023 [Docket No. 29], (i) progress continues to be made in resolving Plaintiff's

KTBS Law LLP
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: 310-407-4000

2

1  claims against the MPT Defendants without the need for further litigation, and (ii) if
2  this dispute is resolved – as anticipated – without the need for further litigation,
3  additional time will likely be needed to obtain necessary approvals by the
4  appropriate officials at the Centers for Medicare and Medicaid Services of the
5  Department of Health and Human Services and the Department of Justice;

6       WHEREAS, the Parties believe good cause exists to further extend the
7  deadline for the MPT Defendants to respond to the Complaint because the filing of
8  the MPT Defendants' motion to dismiss on or before the current September 7, 2023
9  deadline (and the briefing in connection therewith) would distract from the Parties'
10  efforts to consensually resolve the dispute;

11       WHEREAS, this stipulation is made in good faith and not for the purpose of
12  delay or for any other improper purpose; and

13       WHEREAS, no discovery cut-off date, pretrial conference date, or trial date
14  has been set, and three prior extensions of the deadline to respond to the Complaint
15  have been granted (one of which was an extension of less than 30 days pursuant to
16  Local Rule 8-3).

17            [The remainder of this page is blank]

18

19

20

21

22

23

24

25

26

27

28

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their counsel of record, as follows:

1. The deadline for the MPT Defendants to file their response to the Complaint is extended from September 7, 2023 to October 23, 2023.

IT IS SO STIPULATED.

Dated: August 30, 2023    KTBS LAW LLP

By: */s/ Samuel M. Kidder*
  Samuel M. Kidder (CA Bar No. 284015)

  Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.

Dated: August 30, 2023    UNITED STATES OF AMERICA

By: */s/ John R. Kresse*
  John R. Kresse
  Trial Attorney
  United States Department of Justice

  Attorneys for United States of America

KTBS LAW LLP
1801 CENTURY PARK EAST, TWENTY-SIXTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

## ATTESTATION

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 30, 2023

KTBS LAW LLP

By:  */s/ Samuel M. Kidder*
Samuel M. Kidder (CA Bar No. 284015)

Attorneys for Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.

KTBS Law LLP
1801 Century Park East, Twenty-Sixth Floor
Los Angeles, California 90067
Telephone: 310-407-4000