NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**ORDER GRANTING SECOND STIPULATION FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Current Conf. Date:  Oct. 2, 2023<br>New Date:                   Nov. 20, 2023 |

The parties having so stipulated, and good cause appearing therefor, it is hereby ORDERED THAT:

1. The Scheduling Conference is reset for **November 20, 2023 at 1:30 p.m.**

2. The Parties must meet at least 21 days in advance of the Scheduling Conference to prepare a Joint Rule 26(f) Report for the Court.

3. The Parties must submit the Joint Rule 26(f) Report no less than seven days before the Scheduling Conference.

4. **No further extensions will be granted**.

DATED: September 12, 2023

_____
HON. OTIS D. WRIGHT II