UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-01783-ODW (PVCx) | Date | October 23, 2023 |
|---|---|---|---|
| Title | *United States of America v. Olympia Heath Care, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**     **In Chambers**

Pursuant to Plaintiff's Notice of Voluntary Dismissal of Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc., (ECF No. 35), and Federal Rule of Civil Procedure 41(a)(1):

**IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE** only as to Defendants MPT of Los Angeles, L.P., MPT of Olympia, LLC, MPT Operating Partnership, L.P., and Medical Properties Trust, Inc.;

2. The Scheduling Conference set for November 20, 2023, is **VACATED**; and

3. The case **REMAINS STAYED** as to Defendants Olympia Health Care LLC; Alecto Healthcare Services, LLC; Sherman/Grayson Hospital, LLC; Alecto Healthcare Services Sherman, LLC; Laxman Reddy; Matthew Williams; and Jeremy Redin, and the first Joint Status Report is due on **November 7, 2023**.

**IT IS SO ORDERED.**

                                                                                        : 00

                                                    Initials of Preparer    SE