Evan S. Strassberg (Bar No. 219336)
MICHAEL BEST & FRIEDRICH LLP
2750 E. Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500
esstrassberg@michaelbest.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN,<br><br>Defendants. | Case No. 2:23-cv-01783-ODW-PVC<br><br>**NOTICE OF APPEARANCE OF EVAN S. STRASSBERG** |

Please take notice that attorney Evan S. Strassberg of the law firm of MICHAEL BEST & FRIEDRICH, LLP, hereby enters his appearance as counsel for Defendants Olympia Health Care LLC, Alecto Healthcare Services, LLC, Sherman/Grayson Hospital, LLC, Alecto Healthcare Services Sherman, LLC, Laxman Reddy, Matthew Williams, and Jeremy Redin in the above-captioned action. All further pleadings, papers, and other materials relevant to this action should be directed and served upon:

|   |   |
|---|---|
| 1 | Evan S. Strassberg |
| 2 | MICHAEL BEST & FRIEDRICH, LLP |
|   | 2750 East Cottonwood Parkway, Suite 560 |
| 3 | Cottonwood Heights, Utah 84121 |
| 4 | Email: esstrassberg@michaelbest.com |
| 5 | Respectfully Submitted on this 7th day of November 2023. |

                                    MICHAEL BEST & FRIEDRICH, LLP

                                    /s/ Evan S. Strassberg_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and notice was therefore sent via electronic mail to each attorney of record.

/s/ Evan S. Strassberg_____