BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
KIRK T. MANHARDT
MICHAEL J. QUINN
JOHN R. KRESSE
STANTON C. McMANUS
Stanton.C.McManus@usdoj.gov
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Direct 202-307-5832 / Fax 202-514-9163
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-01783-ODW-PVC |
| Plaintiff, | |
| v. | |
| OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN, | **NOTICE OF APPEARANCE** |
| Defendants. | |

1  Please take notice that attorney, Stanton C. McManus, hereby enters his
2  appearance as counsel for Plaintiff United States of America in the above-
3,4  captioned action.  All further pleadings, papers, and other materials relevant to this
5  action should be directed and served upon:

> Stanton C. McManus
> United States Department of Justice – Civil Division
> Commercial Litigation Branch
> P.O. Box 875, Ben Franklin Station
> Washington, DC 20044-0875
> Stanton.C.McManus@usdoj.gov

Dated: May 7, 2024         Respectfully submitted,

> BRIAN M. BOYNTON
> Principal Deputy Assistant Attorney General
>
> /s/ Stanton C. McManus
> KIRK T. MANHARDT
> MICHAEL J. QUINN
> JOHN R. KRESSE
> STANTON C. McMANUS
> U.S. Department of Justice – Civil Division
> Commercial Litigation Branch
> P.O. Box 875, Ben Franklin Station
> Washington, DC 20044-0875
> Direct 202-307-5832 / Fax 202-514-9163
> Stanton.C.McManus@usdoj.gov
>
> *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May 2024, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and notice was therefore sent via electronic mail to each attorney of record.

/s/ Stanton C. McManus
Stanton C. McManus