BRETT A. SHUMATE
Assistant Attorney General
KIRK T. MANHARDT
Director
MICHAEL J. QUINN
Senior Litigation Counsel
Michael.Quinn3@usdoj.gov
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Direct 202-307-0243 / Fax 202-514-9163
*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-01783-ODW-PVC |
| Plaintiff, | |
| v. | |
| OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN, | **NOTICE OF APPEARANCE** |
| Defendants. | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Please take notice that attorney, Michael J. Quinn, hereby enters his

appearance as counsel for Plaintiff United States of America in the above-

captioned action.  All further pleadings, papers, and other materials relevant to this

action should be directed and served upon:

> Michael J. Quinn
> United States Department of Justice – Civil Division
> Commercial Litigation Branch
> P.O. Box 875, Ben Franklin Station
> Washington, DC 20044-0875
> Michael.Quinn3@usdoj.gov


Dated: July 16, 2025          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

/s/ Michael J. Quinn
MICHAEL J. QUINN
Senior Litigation Counsel
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Direct 202-307-0243/ Fax 202-514-9163
Michael.Quinn3@usdoj.gov
*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July 2025, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and notice was therefore sent via electronic mail to each attorney of record.

/s/ Michael J. Quinn
Michael J. Quinn