1  BRETT A. SHUMATE
   Assistant Attorney General
2  KIRK T. MANHARDT
3  Director
   MICHAEL J. QUINN
4  Senior Litigation Counsel
   STANTON C. McMANUS
5  Trial Attorney
6  Stanton.C.McManus@usdoj.gov
7  U.S. Department of Justice – Civil Division
   Commercial Litigation Branch
8  P.O. Box 875, Ben Franklin Station
9  Washington, DC 20044-0875
   Direct 202-307-5832 / Fax 202-514-9163
10 *Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-01783-ODW-PVC |
| Plaintiff, | |
| v. | |
| OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-2.3, Stanton C. McManus hereby withdraws as counsel for Plaintiff United States of America in the above-captioned case.  Michael J. Quinn, of the United States Department of Justice, will remain as counsel for the United States.

Dated: July 16, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

MICHAEL J. QUINN
Senior Litigation Counsel

/s/ Stanton C. McManus
STANTON C. McMANUS
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Direct 202-307-0243/ Fax 202-514-9163
Stanton.C.McManus@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2025, a true and correct copy of the foregoing document was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the electronic case Filing system in the above-captioned case.

/s/ Stanton C. McManus
Stanton C. McManus