BRETT A. SHUMATE
Assistant Attorney General
KIRK T. MANHARDT
Director
MARY SCHMERGEL
Assistant Director
LYDIA J. JINES
United States Department of Justice
Civil Division, Commercial Litigation Branch
1100 L Street NW, 7th Floor
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Direct 202-353-5652 / Fax 202-514-9163
*Attorneys for Plaintiff United States of America*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cv-01783-ODW-PVC |
| Plaintiff, | |
| v. | |
| OLYMPIA HEALTH CARE LLC, ALECTO HEALTHCARE SERVICES, LLC, MPT OF LOS ANGELES, L.P., MPT OF OLYMPIA, LLC, MPT OPERATING PARTNERSHIP, L.P., MEDICAL PROPERTIES TRUST, INC., SHERMAN/GRAYSON HOSPITAL, LLC, ALECTO HEALTHCARE SERVICES SHERMAN, LLC, LAXMAN REDDY, MATTHEW WILLIAMS, and JEREMY REDIN, | **NOTICE OF APPEARANCE** |
| Defendants. | |

Please take notice that attorney, Lydia J. Jines, hereby enters her appearance as counsel for Plaintiff United States of America in the above-captioned action. All further pleadings, papers, and other materials relevant to this action should be directed and served upon:

>Lydia J. Jines
>United States Department of Justice – Civil Division
>Commercial Litigation Branch
>P.O. Box 875, Ben Franklin Station
>Washington, DC 20044-0875
>Lydia.Jines@usdoj.gov

Dated: March 11, 2026　　　　　Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

/s/ Lydia J. Jines
KIRK T. MANHARDT
MARY SCHMERGEL
LYDIA J. JINES
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
P.O. Box 875, Ben Franklin Station
Washington, DC 20044-0875
Direct 202-353-5652 / Fax 202-514-9163
Lydia.Jines@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of March 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, and notice was therefore sent via electronic mail to each attorney of record.

*/s/ Lydia J. Jines*
Lydia J. Jines